## WELCH vs. WARDEN ET AL.

Appeal from Collin county.

*Transcript—Special Judge.*—When a cause has been tried before a special judge, the transcript on appeal must make an affirmative showing of the manner of appointment or election of the special judge. In this respect the transcript in this case is deficient,

though it discloses the fact that the cause was tried before, and the judgment signed by,.a special judge. The motion to affirm on certificate without reference to the merits must therefore be denied, and the certificate dismissed.

Certificate dismissed. *Per curiam.*